IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMBER MALTESE,

        Appellant,

v.

Case No.  5D22-1851
LT Case No. 2015-CF-025866-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Amber Maltese, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.